**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6436

BERNARD BAGLEY,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; ROBERT WARD, Warden
of the Evans Correctional Institution; WILLIAM
GUNN, Director of South Carolina Department of
Probation, Parole and Pardon Services,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Robert S. Carr, Magistrate Judge.
(CA-96-487-2-8AJ)

Submitted:  October 17, 1996      Decided:  October 24, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Bernard Bagley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order directing service upon the Respondents. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED